DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROYAL ESTATES OF COOPER CITY, LLC,**
a Florida limited liability company, et al.,
Appellants,

v.

**GRAY CONSTRUCTION AND ASSOCIATES, INC.,**
a Florida corporation,
Appellee.

No. 4D2023-1084

[March 14, 2024]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin-Singer, Judge; L.T. Case No. CACE19-018433.

Marlon J. Weiss of Armstrong Teasdale LLP, Coral Gables, for appellants.

Roger C. Brown of Morgan & Morgan, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and CONNER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***